IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 01-cr-00341-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PERFECTO VILLARREAL,

    Defendant.

_____

**ORDER REVOKING CONDITIONAL RELEASE**
_____

This matter is before me on the Petition of the probation officer alleging the following three violations of the terms of the Defendant's conditional release:

1. <u>Violation of law:</u>

Bank robbery, on or about April 5, 2004, to which charge Defendant plead guilty on February 23, 2006.

2. <u>Failure to participate in mental health treatment:</u>

Defendant failed to attend counseling as directed on February 16, 2004; February 23, 2004; February 26, 2004; March 8, 2004; March 11, 2004; March 15, 2004; March 29, 2004; and April 1, 2004.

3. <u>Failure to take all prescribed psychiatric medications:</u>

On March 13-16, 2004, Defendant failed to take all medications prescribed by

his treating psychiatrist.

A hearing was held on March 22, 2007. The senior probation officer provided a Conditional Release Violation Report. No party objected to the Report. Defendant appeared and through counsel admitted all of the factual allegations contained in the Report.

Based upon the evidence and the statements of counsel I find and conclude as follows:

1. The Report is incorporated by reference as part of these findings.

2. The Defendant violated the terms and conditions of his conditional release as set forth in my December 8, 2003 Order on Conditional Release, following the defendant's finding of not guilty by reason of insanity;

3. For the reasons set forth above, Defendant failed to comply with the terms of his conditional release because of his violation of the law and failure to follow the court prescribed regimen of psychiatric and psychological care and treatment; and

4. Because of those violations, the Defendant's continued release would create a substantial risk of bodily harm to himself or others or serious damage to property of another.

Accordingly, pursuant to 18 U.S.C. § 4243(g), it is hereby ordered:

1. The Defendant's conditional discharge or release is revoked;

2. The Defendant is remanded to the custody of the Attorney General in accordance with 18 U.S.C. § 4243(e), to be hospitalized in such suitable facility until his mental condition is such that his release or conditional release under a prescribed

regimen of medical, psychiatric or psychological care or treatment, would not create a substantial risk of bodily injury to another person or serious damage to the property of another;

      3.  When the director of the facility in which defendant is hospitalized determines that Defendant has recovered from his mental disease or defect to such an extent that his release or conditional release under a prescribed regimen of medical, psychiatric or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, he shall promptly file a certificate to that effect with the clerk of this court in accordance with 18 U.S.C. § 4242(f); and

      4.  It is my recommendation that the Defendant be hospitalized at the United States Medical Center for Federal Prisoners in Springfield, Missouri, where he has previously been hospitalized and treated.

      DATED at Denver, Colorado, on April 6, 2007.

BY THE COURT:

s/ Walker D. Miller  
United States District Judge